# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| RONALD L. BRIGHT, § § § Plaintiff, § § v. § Case No. 6:21-cv-295-JDK § NATIONWIDE RECOVERY § SYSTEMS, LTD., § § Defendant. § § | |

## ORDER CLOSING CASE

Before the Court is Plaintiff Ronald L. Bright's notice of voluntary dismissal (Docket No. 11). As per the stipulation, all claims in this case are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own fees and costs.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **29th** day of **November, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE